UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JLL VALUATION & ADVISORY SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CHAPMAN, an individual and his marital community,<br><br>　　　　　　　Defendant. | NO. 2:25-cv-896-RSM<br><br>ORDER OF DISMISSAL |

THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss. It appearing that the parties have agreed to dismiss all pending claims in this action with prejudice, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs or fees to any party.

DATED this 23rd day of September, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1